**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

IN RE:

    CASE NO. BKY **12-42907** MER
    CHAPTER 13

**CHRISTOPHER ERIC JOHNSON**
**RACHAL JEAN JOHNSON,**

    REPORT OF STANDING
    TRUSTEE
    TO MOTION OF
    **Ford Motor Credit Company, LLC**
    FOR RELIEF FROM STAY

In response to the above motion, the Trustee reports to the Court as follows:

1. As of September 26, 2013 the Trustee has received payments totaling $15,040.00 from the debtor(s). Debtor(s) is/are current on payments required under the confirmed plan. The Trustee has funds on hand for distribution of $940.01. The information provided herein relates to the confirmed plan and does not take into account the provisions of any proposed modified plan.

2. The Trustee has made payments totaling $7,053.90 to movant or its assignee.

3. The Trustee has reviewed the above motion as to its possible effect on the debtor(s)' plan and the claims of the other creditors as provided for thereunder, and **does not oppose the Court's granting the relief prayed for.**

4. The Trustee hereby notifies movant and movant's attorney that further payment, if any, of movant's secured claim as allowed will be held by the Trustee but not delivered to movant. *If the Court grants the relief prayed for, the Trustee shall make no further payments on the claim, unless the claim is amended or the Trustee is advised by movant that the movant's claim is not affected by the relief granted.* The Trustee shall hold funds for 30 days following the grant of relief to allow movant to properly advise the Trustee.

5. This motion refers to post-petition payments which are to be made directly by the debtor(s).

Dated: September 26, 2013

    **Jasmine Z. Keller, Trustee**

    /e/ Jasmine Z. Keller
    Jasmine Z. Keller, Trustee
    Thomas E. Johnson, Counsel (#52000)
    Margaret H. Culp, Counsel (#180609)
    12 South 6th Street., Ste. 310
    Minneapolis, MN 55402

copy to: U.S. Trustee
        Bradley J. Halberstadt
        Craig W. Andresen

**VERIFICATION**

    I, Shannon Haselman, an employee of Jasmine Z. Keller, the Standing Chapter 13 Trustee, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

    /e/ Shannon Haselman_____
Shannon Haselman
12 South 6th Street
Suite 310
Minneapolis, MN  55402