UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  

Christopher Eric Johnson and Rachal Jean Johnson,

Debtors.

Case No. 12-42907
Chapter 13

*ORDER GRANTING*
*MOTION FOR RELIEF FROM STAY*

This case is before the court on the motion of Ford Motor Credit Company LLC seeking relief from the automatic stay of 11 U.S.C. § 362.  Based on the motion and the file,

IT IS ORDERED:  The automatic stay of 11 U.S.C. § 362 is terminated as to Ford Motor Credit Company LLC and Ford Motor Credit Company LLC is authorized to exercise its remedies with respect to the 2007 Ford F150, vehicle identification number 1FTPW14V97FB41245 in accordance with nonbankruptcy law.

Notwithstanding Fed R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: October 03, 2013

*/e/ Michael E. Ridgway*
Michael E Ridgway
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/03/2013*
Lori Vosejpka, Clerk, by SS

732001