UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                              Case No. 12-42907
                                                                    Chapter 13
Christopher Eric Johnson and Rachal Jean Johnson,

                                                    ***ORDER GRANTING***
    Debtors.                                ***MOTION FOR RELIEF FROM STAY***
_____

This case is before the court on the motion of Ford Motor Credit Company LLC seeking relief from the automatic stay of 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED: The automatic stay of 11 U.S.C. § 362 is terminated as to Ford Motor Credit Company LLC and Ford Motor Credit Company LLC is authorized to exercise its remedies with respect to the 2007 Ford F150, vehicle identification number 1FTPW14V97FB41245 in accordance with nonbankruptcy law.

Notwithstanding Fed R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: *October 03, 2013*

                                    */e/ Michael E. Ridgway*
                                    _____
                                    Michael E Ridgway
                                    United States Bankruptcy Judge

```
NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 10/03/2013
Lori Vosejpka, Clerk, by KK
```

732001

United States Bankruptcy Court
District of Minnesota

In re:  
Christopher Eric Johnson  
Rachal Jean Johnson  
    Debtors

Case No. 12-42907-MER  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0864-4     User: karen     Page 1 of 1     Date Rcvd: Oct 03, 2013  
                       Form ID: pdf111    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2013.  
db/jdb      +Christopher Eric Johnson,    Rachal Jean Johnson,    6900 - 148th Lane,    Ramsey, MN 55303-4689  
intp        +FORD MOTOR CREDIT COMPANY LLC,    C/O STEWART ZLIMEN & JUNGERS LTD.,    2277 HIGHWAY 36 WEST STE 100,    ROSEVILLE, MN 55113-3896

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2013                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2013 at the address(es) listed below:  
         Bradley J. Halberstadt    on behalf of Interested Party    FORD MOTOR CREDIT COMPANY LLC  
          bankruptcy@szjlaw.com  
         Craig W. Andresen    on behalf of Debtor Christopher Eric Johnson craig@cwalaw.com, erica@cwalaw.com;admin@cwalaw.com  
         Craig W. Andresen    on behalf of Joint Debtor Rachal Jean Johnson craig@cwalaw.com, erica@cwalaw.com;admin@cwalaw.com  
         Gregory A Burrell    cmecfjzkmn@ch13mn.com  
         Kenneth J Johnson    on behalf of Creditor    U.S. Bank National Association ND ken@johnsonblumberg.com, bkecfnotices@johnsonblumberg.com  
         US Trustee    ustpregion12.mn.ecf@usdoj.gov  
                                                                                              TOTAL: 6